UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YVONNE M. ABHYANKAR

Plaintiff(s),

- against -

JM MORGAN CHASE BANK N.A.

Defendant(s).
------------------------------------------------------------x

18 Civ. 9411 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Defendant may move for summary judgment by January 10, 2020.
2. Plaintiff shall respond and may cross-move for summary judgment by Feb 7, 2020.
3. Defendant shall respond to plaintiff's motion and reply on its motion by Feb 28, 2020.
4. Plaintiff may reply on its motion by March 10, 2020.

The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York

11-25-19